

The following constitutes the order of the court.
Signed November 12, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Rick David Wilborn,<br><br>　　　　Debtor. | No. 13-42745<br><br>Chapter 7 |

**MEMORANDUM RE ORDER DIRECTING EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

On July 29, 2015, an *Order Reopening Chapter 7 Case* was entered. The case was reopened so that the United States Trustee could conduct an examination. An *Order Directing Examination Pursuant to Fed. R. of Bank. P. 2004* was entered on July 29, 2015. The examination was scheduled for September 3, 2015. No further action has been taken in the case. The case will be re-closed on November 30, 2015, unless the United States Trustee files a document prior to that date explaining why the case should remain open.

**End of Memorandum**

**COURT SERVICE LIST**

Margaret H. McGee
Office of the U.S. Trustee/Oak
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612